IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

KeONDRA M. CHESTANG
ADC #134005                                                                                                                   PLAINTIFF

v.                          No. 5:16-cv-224-DPM

V. ALLEN, Mailroom, Varner Unit; BROWN,
Sergeant, Varner Unit; ANDREWS, Assistant
Warden of Treatment, Varner Unit; JAMES
PLUMMER, Varner Unit; BARBARA SMALLWOOD,
Business Manager/Mailroom Supervisor Aide,
Varner Unit; DUNCAN, Sergeant, Varner Unit;
and WRIGHT, Wrightsville Unit                        DEFENDANTS

## JUDGMENT

Chestang's complaint is dismissed without prejudice.

*D.P. Marshall Jr.* (signature)
D.P. Marshall Jr.
United State District Judge

14 December 2016